NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN



*FIRM and AFFILIATE OFFICES*

BRETT L. MESSINGER
DIRECT DIAL: +1 215 979 1508
PERSONAL FAX: +1 215 689 4903
*E-MAIL:* BLMessinger@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

September 17, 2024

VIA E-MAIL

Zhiping Liu
Liu, Chen & Hoffman LLP
14 Penn Plaza, Ste. 2020
New York, NY 10122

    Re:    ***Lijun v. Brooklyn Public Library 100 GP LLC, et al.*, No. 01-24-0005-7149**

Dear Mr. Liu:

    This firm acts for One Clinton LLC. I am writing in response to the "Subpoena" signed by William D. Johnston, sitting as Arbitrator under the auspices of the American Arbitration Association ("AAA"). Insofar as One Clinton has not consented, is not party to and has not otherwise bound itself by contract to the jurisdiction of AAA, it has no intention of participating in the proceeding nor treating the subpoena as being any type of legal process. To the contrary, when the parties to the AAA proceeding agreed to be bound by AAA, the parties at the same time agreed to limit access to court process. Accordingly, I hope that you will appreciate One Clinton's refusal to participate in your proceeding.

    Thank you for your attention to the above.

    Very truly yours,

    Brett L. Messinger

BLM

Cc:    William D. Johnston, Arbitrator

DUANE MORRIS LLP
30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196    PHONE: +1 215 979 1000    FAX: +1 215 979 1020